# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Maritza Hernandez<br>YOB: 1994  CITIZENSHIP: United States<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-18-0703-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 26.94 kilograms of methamphetamine a Schedule II controlled substance. |
| 21 U.S.C § 952 | did knowingly and intentionally import with the intent to distribute approximately 26.94 kilograms of methamphetamine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by
AUSA [signature]

_____
Complainant's signature

Janet Dougherty, U.S. HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4/4/18__

_____
Judge's signature

City and state: __McAllen, Texas__

U.S. Magistrate Judge  J. Scott Hacker
*Printed name and title*

Attachment "A"

On April 3, 2018, Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office received information from Customs and Border Protection (CBP), Office of Field Operations (OFO), in reference to the seizure of approximately 26.94 kgs of methamphetamine which were found in a vehicle making entry into the United States from Mexico. The driver and sole occupant of the vehicle was identified as Maritza HERNANDEZ.

CBP Officer A. Gorena stated the vehicle, driven by HERNANDEZ, arrived at the primary inspection lane at approximately 11:29 AM. CBP Officer Gorena advised HERNANDEZ stated the vehicle belonged to her and she had been in Mexico to visit her husband. CBP Officer Gorena referred the vehicle to the secondary inspection lanes. Once at secondary inspection, narcotics were located hidden within a compartment in the vehicle.

HSI McAllen Special Agents and HSI Task Force Officers responded to assist in the investigation. During a post Miranda interview of HERNANDEZ, HERNANDEZ stated an individual in Mexico made arrangements with an unknown male located in Dallas, Texas for her to receive the vehicle for the purposes of bringing it to Mexico. HERNANDEZ stated the vehicle did not belong to her. HERNANDEZ stated she bought Texas liability insurance in her name and a Mexican permit to travel through Mexico with the vehicle. HERNANDEZ stated, upon arriving in Mexico, arrangements were made by the same individual in Mexico for her to take the vehicle back to Dallas, Texas because it was to be sold. HERNANDEZ stated she was instructed, by the individual in Mexico, if stopped by law enforcement at the Port of Entry when entering the United States, to tell law enforcement the vehicle belonged to her.

HERNANDEZ stated she had previously made arrangements with the same individuals to make the round-trip from Dallas, Texas to Mexico on a prior occasion with a separate vehicle. HERNANDEZ stated she had made arrangements with the individuals to be paid $500 on that occasion for driving the vehicle round trip.

HERNANDEZ stated, for her role in driving the vehicle to Dallas, Texas on April 3, 2018, she had made arrangements to be paid $400 as well as compensation for tolls and fuel.